# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 7199 | **DATE** | 5/1/2013 |
| **CASE TITLE** | Paul D. McCray vs. Zimmer, Inc., et al | | |

**DOCKET ENTRY TEXT**

Pursuant to Agreed Stipulation, all claims, including without limitation, all claims asserted in this MDL proceeding are dismissed with prejudice. Each party agrees to bear his, her or its own costs and fees.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|